AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Minnesota

| | |
|---|---|
| UNITED STATES OF AMERICA | **Investigative – Filed Under Seal** |
| v. | Case No.  26-mj-53 (SGE) |
| MOHAMED ABDIRIZAK JAMA | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*      MOHAMED ABDIRIZAK JAMA, _____
who is accused of an offense or violation based on the following document filed with the court:

____ Indictment     ____ Superseding Indictment  ____ Information ____ Superseding Information  _X_ Complaint

**Count 1:** On or about January 20, 2026, in the State and District of Minnesota, Defendant Mohamed JAMA (YOB 1989), did forcibly assault, resist, oppose, impede, intimidate, and interfere with a person designated in 18 U.S.C. § 1114, namely, Victims, U.S. Border Patrol Agents, who were engaged in, and on account of, the performance of official duties, and such acts involved the use of a dangerous or deadly weapon in violation of Title 18, Sections 111(a)(1) and (b).

Date:  __1/23/2026__

_____
*Issuing officer's signature*

City and State:  Minneapolis, MN

__Shannon G. Elkins, United States Magistrate Judge__
*Printed Name and Title*

| **Return** |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date:_____ |
| _____ *Arresting officer's signature* |
| _____ *Printed name and title* |