IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: DULCE J. FOSTER |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No:  26-mj-53 (SGE) |
| | ) | Date:  January 29, 2026 |
| Mohamed Abdirizak Jama, | ) | Courthouse:  Minneapolis |
| | ) | Courtroom:  8E |
| Defendant. | ) | Time Commenced:  2:15 p.m. |
| | ) | Time Concluded:  2:20 p.m. |
| | ) | Time in Court:  5 minutes |

APPEARANCES:

Plaintiff: John Arboleda, Assistant U.S. Attorney
Defendant: Jean Brandl, Assistant Federal Defender
    X FPD      X To be appointed

Date Charges Filed: January 23, 2026     Offense: Forcibly assault, resist, oppose, impede, intimidate, and interfere with a federal officer in violation of 18:111(a)(1) and (b)

    X Advised of Rights

on    X Complaint

X Personal Recognizance Bond set with conditions, see Order Setting Conditions of Release.

Next appearance date is TBD for:
    X Preliminary hrg

X Government moves to unseal the case.     X Granted

Additional Information:
X Oral Rule5(f) Brady notice read on the record.
X Consular notice read on the record.

                                                                                 _s/ms_
                                                                    Signature of Courtroom Deputy