UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-mj-53(MJD/LIB)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MOHAMED ABDIRIZAK JAMA,<br><br>Defendant. | **GOVERNMENT'S WITHDRAWAL OF MOTION FOR PROTECTIVE ORDER** |

The United States of America, by and through its attorneys, Daniel N. Rosen, United States Attorney for the District of Minnesota, and Michael Hakes-Rodriguez Special Assistant United States Attorney, hereby withdraws its motion for a protective order (Doc. No. 31)

Dated: March 2, 2026

Respectfully Submitted,

DANIEL N. ROSEN
United States Attorney

*s/ Michael Hakes-Rodriguez*
BY: Michael Hakes-Rodriguez
Special Assistant U.S. Attorney