UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Crim. No. 26-mj-53 (MJD/LIB)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | GOVERNMENT'S RESPONSE |
| v. | ) | TO DEFENSE MOTION FOR |
| | ) | LEAVE TO FILE A REPLY |
| MOHAMED ABDIRIZAK JAMA, | ) | BRIEF AND TO RESCHEDULE |
| | ) | DEADLINES |
| Defendant. | ) | |

The United States of America, by and through its attorneys, Daniel N. Rosen, United States Attorney for the District of Minnesota, and Michael Hakes-Rodriguez, Special Assistant United States Attorney, hereby submits its response. The United States does not oppose the defendant's motion for leave to file a reply brief and to reschedule deadlines to file notice of intent to call witnesses.

The United States does not believe the defendant has met his burden to require an evidentiary hearing. See ECF No. 43. If the Court decides to order an evidentiary hearing the government intends to rely on the exhibits already offered to the court and previous representations. The government does not intend to call any witnesses.

Dated: March 30, 2026

Respectfully Submitted,

DANIEL N. ROSEN
United States Attorney

*s/Michael Hakes-Rodriguez*
BY: Michael Hakes-Rodriguez
Special Assistant U.S. Attorney