UNITED STATES DISTRICT COURT
District of Minnesota
Criminal No. 26-mj-53 (MJD/LIB)

UNITED STATES OF AMERICA,

Plaintiff,

v.                                    **NOTICE OF SUBSTITUTION**

MOHAMED ABDIRIZAK JAMA

Defendant.

Please add the following Special Assistant United States Attorney to the above-captioned case:

Add SAUSA

William L. Richards

Remove SAUSA

Michael Hakes-Rodriguez

Dated: April 6, 2026                  Respectfully submitted,

                                      DANIEL N. ROSEN
                                      United States Attorney

                                      *s/William L. Richards*
                                 BY:  William L. Richards
                                      Special Assistant U.S. Attorney