IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
Criminal No: 26-mj-53 (MJD/LIB)

UNITED STATES OF AMERICA,

Plaintiff,

v.

MOHAMED ABDIRIZAK JAMA,

Defendant.

**DEFENDANT'S RESPONSIVE
NOTICE OF INTENT TO CALL
WITNESS**

Pursuant to Local Rule 12.1(c)(3)(b), the defense may call the following witness regarding the Defendant's Motion to Suppress (ECF No. 36) and Motion to Dismiss for Outrageous Government Misconduct (ECF No. 34):

1) Abdirashid Jama Adan

The defense estimates that this witness's testimony may take approximately 20 minutes.

The defense further notes that, when accounting for the defense's cross examination, the defense expects the testimony of the government's sole witness, Agent Muniz, will take longer than the 30 minutes estimated by the United States.

Respectfully submitted,

Dated:  April 30, 2026

**DORSEY & WHITNEY LLP**

s/ Surya Saxena

Surya Saxena, Reg. No. 0339465
50 South Sixth Street
Suite 1500
Minneapolis, MN 55402
612-340-2600

Attorneys for Defendant

2