UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

Plaintiff,

v.

Mohamed Abdirizak Jama,

Defendant.

Criminal No. 26-mj-53 (MJD/LIB)

**NOTICE OF HEARING**

Pursuant to the June 26, 2026, Order by United States District Judge Michael J. Davis [Docket No. 67], and in consultation with counsel, the hearing on the Government's Motion to Dismiss [Docket No. 63] is set for **Tuesday, September 1, 2026, at 1:30 p.m.** before Magistrate Judge Leo I. Brisbois in Courtroom No. 3, Gerald W. Heaney Federal Building and U.S. Courthouse, 515 West First Street, Duluth, Minnesota.

Defense counsel's request that the Defendant be excused from attending the hearing given both sides agree that this matter should be dismissed is **GRANTED**. Counsel for both sides shall attend in person.

Dated: July 30, 2026

s/Leo I. Brisbois
Hon. Leo I. Brisbois
U.S. MAGISTRATE JUDGE